UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED  NOV 16 2018

Ec
CLERK

Stacey Williams

**name of plaintiff(s)**

**versus**

CIVIL ACTION

NO. 461-2018-00239  EEOC charge filed

Magnolia Cafe / Robin Marshall / Skye Willis

**name of defendant(s)**

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   Title VII of Civil Rights Act of 1964
   Color & wage Discrimination

2. Plaintiff, Stacey Williams resides at
   8522 Rush Ave Apt. B, Baton Rouge,
   **street address**  **city**
   EBR, La, 70810, 225/354-2162
   **parish**  **state**  **zip code**  **telephone number**

   (if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, Robin Marshall  owner  Magnolia Cafe lives at, or
   its business is located at 5689 Commerce Street,
   **street address**
   St. Francisville, West Feliciana, La,
   **city**  **parish**  **state**
   70775, 225/635-6528
   **zip code**  **telephone number**

(if more than one defendant, provide the same information for each defendant below)

> Skye Willis President of Company
> Mary Danrel General Manger @unspercentage
> 5689 Commerce Street, St. Francisville La

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

> Throught my employment at Magnolia Cafe I Stacey Williams was discriminated Against I was treated differently/badly because I am Black I was paid less than All other Kitchen Managers /Hostile work enviroment

5. Prayers for Relief (list what you want the Court to do):

a. Award Stacey Williams Punitive damages wages owed

b. Public Apology for putting Stacey Williams through such Discrimination Hardships

c. Apologize to Black employee for harsh cruel punishment employed At Magnolia Cafe

d. Award Stacey Williams max dollar amount for discrimination

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this _November_ day of _16th_, 20_18_

> Stacey Williams
> 8522 Ruth Ave Apt B.
> Baton Rouge La 70810
> 225) 454-2162

(signature of plaintiff (s))