| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 461-2018-00239 |

**Louisiana Commission On Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Stacey M. Williams | (225) 454-2162 | |

Street Address: 8522 Rush Avenue, Apt B, Baton Rouge, LA 70810

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MAGNOLIA CAFE | 15 - 100 | (225) 635-6528 |

Street Address: 5689 Commerce Street, Saint Francisville, LA 70775

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-30-2017   Latest: 10-24-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Magnolia Café in April 2017. Throughout my employment, I was treated differently and paid less than other Managers. From September 23, 2017 through September 26, 2017, I learned that I was being demoted effective immediately. ~~On October 24, 2017, I was discharged as a Kitchen Manager~~ earning $12.50 per hour. The company employs over 15 persons.

~~No reason was given for the actions taken against me.~~

I believe I have been discriminated against because of my race, Black, and color, in violation of Title VII of the Civil Rights Act of 1964, in that, my White co-workers, Kristi Mendel, Brandon Sullivan and C. Mark McEastern do not work line; do not prep or cook but were paid more than me. Further, I was told that I was one of the best Kitchen Managers that they ever had and that none of the other Managers could cook, prep and get the food out in a timely manner.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 4/6/18
Date

X *Stacey Williams* (signature) *See letter Faxed 4/2/18 Add Corrections*
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

FROM: STACEY WILLIAMS

8522 RUSH AVE. APT. B

BATON ROUGE, LA. 70810

PHN# 225 454-2162     CHARGE NO. 461-2018-00239

ATTENTION: JENNIFER ORTIZ ADR COORDINATOR

TO; EEOC

HALE BOGGS FEDERAL BUILDING

500 POYDRAS STREET, SUITE 809

NEW ORLEANS, LA. 70130

I RECEIVED A LETTER FROM EEOC NEW ORLEANS BRANCH ON APRIL 02,2018 THAT INCLUDED A NUMBER OF ITEMS A CHARGE OF DISCRIMINATION TYPED BY EEOC IN REGARDS TO COMPLAINTS/CHARGE (DISCRIMINATION & UNFAIRNESS) FILED IN OCTOBER 2017 AGAINST MAGNOLIA CAFÉ LOCATED IN ST. FRANCISVILLE LA .70775 DURING THE TIME I WAS EMPLOYED THERE..I ALSO LISTED IN MY COMPLAINT OR CHARGE ALL OF MY CO WORKERS WHO SUFFERED FROM DISCRIMINATION ..

IN THE CHARGE TYPED BY EEOC REP IT INDICATES THAT I WAS INFORMED I WAS BEING DEMOTED EFFECTIVE IMMEDIATELY ROBIN S CHOICE OF WORDS THAT DAY WERE PUZZLING ,AS SHE SAW MY REACTION IT WAS SEPTEMBER 26,2017 THAT ROBIN S DAUGHTER SKYE WILLIS MADE IT CLEAR THAT I WAS BEING DEMOTED EEFECTIVE SEPT. 27,2017 SHOULD HAVE BEEN A WED WHEN THE TRANSITION TOOK PLACE I WAS NOTIFIED TUES ..

IN THE CHARGE TYPED BY EEOC REP IT DOES NOT LIST ANYTHING ABOUT ROBIN MARSHALL ASKING ME NOT TO DISCIPLINE THE WHITE EMPLOYEES AS I SENT IN MY COMPLAINTS CYNTHIA BERTRAND , MIKE WHITE OR MICHEAL WHITE ,OR SEAN JUNOT THIS NEEDS TO BE INCLUDED ,NOR DOES IT INDICATE THAT I QUIT MY JOB DUE TO DISCRIMINATION ETC. ON OCTOBER 24,2017.. MY LAST DAY ON MAGNOLIA CAFÉ PREMISES WAS ABT TEN DAYS PRIOR TO OCT.24,2017. I REMEMBER PULLING OFF MY SHOES AND FEET SORE AND BLODY ,AND MY BACK ACHING FROM WORKING 12HRS. THAT DAY NO BREAK ETC. THE CHARGED TYPED BY EEOC DOES NOT INDICATE ANY OF THIS INFORMATION ..IT DEFINITELY NEEDS TO BE CORRECTED WHERE IT SAYS I WAS DISCHARGED AND THAT'S NOT THE CASE I QUIT DUE TO MULTIPLE REASONS .. IT ALSO INDICATES THAT I SHOULD SIGN AND RETURN THE CHARGE TYPED BY EEOC REP THAT INCLUDES FALSE STATEMENTS MOST IS TRUE BUT THAT IN WHICH I POINT IN THIS LETTER TYPED BY EEOC NEEDS TO CORRECTED BEFORE I AGREE OR SIGN MY SIGNATURE ON ANYTHING WITH FALSE INFORMATION ..IM ONLY POINTING OUT THE TRUTH OR FACTS IN ANY CHARGE IN CONNECTION TO ME ..

I WOULD ALSO LIKE A COPY OF THIS LETTER INCLUDED IN EEOC NUM/461-2018-00239 I ALSO WOULD LIKE A COPY OF ALL INFO SENT TO LOUISIANA COMMISSION ON HUMAN RIGHTS FROM EEOC IN REGARDS TO CHARGE NUM 461-2018-00239  BEFORE MY SEPERATION MARK MCEACHERN DID A LITTLE BIT OF PREP SLICED COLD CUTS AND PEELED SHRIMP AND PAT BURGERS ..I DON'T RECALL ANYTHING ELSE IN PARTICULAR EXCEPT ORGANIZING SHELVES AND CLEANING OUT SHACKS OR CARRYING FOOD OUT TO A FEW TABLES AND DIDN'T GET THAT CORRECT OFTEN BECAUSE AT THAT TIME HE COULDN'T IDENTIFY ALL THE MENU ITEMS ..ONCE THIS INFORMATION IS CORRECTED I WILL SIGN THE CHHARGE FILED BUT THE CHARGE BY EEOC NEEDS TYPOS CORRECTED AND ALL THE FACTS ACCORDING TO MY INITIAL COMPLAINTS FILED IN OCTOBER 2017 ..

        THANKS FOR YOUR ATTENTION TO THIS MATTER

        SINCERELY STACEY WILLIAMS

*Thanks*

*Stacey Williams*

04/02/2018

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Stacey M. Williams<br>8522 Rush Avenue<br>Apt B<br>Baton Rouge, LA 70810 | From: | New Orleans Field Office<br>Hale Boggs Federal Building<br>500 Poydras Street, Room 809<br>New Orleans, LA 70130 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 461-2018-00239 | Ligita D. Landry,<br>Enforcement Supervisor | (504) 595-2876 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____
Keith T. Hill,
Director

AUG 2 0 2018
*(Date Mailed)*

Enclosures(s)

cc: Michael O. Hesse
11729 Ferdinand St
Saint Francisville, LA 70775

Enclosure with EEOC
Form 161-B (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

05/18/2018   13:49   225---7613785           FEDEX OFFICE      0167                PAGE  02

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>AMENDED<br>461-2018-00239 |
|---|---|---|

Louisiana Commission On Human Rights _____ and EEOC
*State or local Agency, if any*

Name (Indicate Mr., Ms., Mrs.): **Ms. Stacey M. Williams**
Home Phone (Incl. Area Code): **(225) 454-7162**
Date of Birth:

Street Address: **8522 Rush Avenue, Apt B, Baton Rouge, LA 70810**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

Name: **MAGNOLIA CAFE**
No. Employees, Members: **15 - 100**
Phone No. (Include Area Code): **(225) 635-6528**

Street Address: **5689 Commerce Street, Saint Francisville, LA 70775**

DISCRIMINATION BASED ON (Check appropriate box(es).)
[X] RACE   [X] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[ ] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **06-30-2017**   Latest: **10-24-2017**
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Magnolia Café in April 2017. Throughout my employment, I was treated differently and paid less than other Managers. Robin Marshall asked me to tolerate Cynthia Bertrand's cursing me out, employees, and wait staff and management. Profane and vulgar language was used on a regular basis. Michael White was allowed to use vulgar language towards me and other managers (Black) before me and threatened to fight the managers. From September 23, 2017 through September 26, 2017, I learned that I was being demoted effective immediately. On October 24, 2017, I quit my job as a Kitchen Manager earning $12.50 per hour. The company employs over 15 persons.

Reason was given in September 2017 by Robin Marshall and Skye Willis for demoting but they gave excuses to demote me because I was Black and fair in decision making and wanted to discipline all employees the same, not just give verbal warning to Blacks, write-ups, etc., if the rules, etc., were broken by employees. And said I was responsible for the Restaurant losing $30,000.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: May 18, 2018   Charging Party Signature: *Stacey Williams*

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 461-2018-00239 |
| Louisiana Commission On Human Rights | | and EEOC |
| State or local Agency, if any | | |

I believe I have been discriminated against because of my race, Black, and color, in violation of Title VII of the Civil Rights Act of 1964, in that, my White co-workers, Kristi Mendel, Brandon Sullivan and C. Mark McEastern do not work line; do not prep or cook but were paid more than me. Further, I was told that I was one of the best Kitchen Managers that they ever had and that none of the other Managers could cook, prep and get the food out in a timely manner.

Brandon Sullivan fixed a few orders. But constantly Asked me and workers how to prepare magnolia special etc

Mark McEastern prepped a few things burgers, shrimp & cut veggies nothing major at the time I was kitchen manager he mainly carried out orders to tables and could not identify the orders sitting right in front of him but yelled at workers his First task I saw him do was clean & organize & put cookies in Bags while we did majority of work.

Kristi Mendel Ate, smoked cigarettes (A lot), wrote specials and carried orders to table.

* Any Sean Junot was Constantly Late no action taken not during my time at Magnolia Cafe week after week.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

May 18, 2018
5/18/2018
Date  Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)