From: Stacey Williams
8522 Rush Ave Apt.B
Baton Rouge, Louisiana 70810
225)454-2162



U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED SEP 19 2019
CLERK

Civil Case: 18-1020-SDD-EWD
   Referred to: 18-1020-SDD
ChiefJudge Shelly Deckert Dick
Magistrate Judge Erin Wilder Doomes

September 16,2019

Dear Judge Dick,

   How are you fine I hope? I am writing to ask the court for things to be pushed back for approx 30 days time to grieve , gather resources etc stress levels are high recently lost a family member that meant so much to me and the stress associated with this case ..During a recent motion to compel conference on September 10,2019 with Judge Erin Wiilder Doomes and counsel for the plaintiff I was informed that I had until December 2019 *2019 ✗* to produce expert witnesses etc .

.I would like to ask that any other orders of business between that time be pushed back to December 2019. During the conference I asked for time to get a expert witness opinion about a previous motion to compel that was dismissed without predjudice on September 10,2019 and I was asked to talk to counsel for defendants regarding the very documents I need an expert witness opinion about so that it is clear I'm not refusing to do as Judge Doomes asked things need to be placed onhold until this is done ..also regarding witnesses the very information requested that was denied employees addresses and phone numbers makes it impossible to serve all subpoenas filed December 14,2018 (witnesses).the defendants were served .on Feb.01,2019.

Respectfully .Stacey Williams(Plaintiff)
8522 Rush Ave.Apt B
Baton Rouge,Louisiana 70810

Signed *Stacey Williams*
09/16/2019