# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **STACEY WILLIAMS** | **CIVIL ACTION NO.** |
| **VERSUS** | **18-1020-EWD** |
| **MAGNOLIA CAFÉ, ET AL** | |

## NOTICE AND ORDER

In light of the issues raised in the letter dated October 31, 2019 from *pro se* Plaintiff Stacey Williams[1] and the letter dated September 19, 2019 from Toriano Rucker:[2]

**IT IS HEREBY ORDERED** that an in-person status conference is set for November 21, 2019 at 11:00 a.m. in Courtroom 5 before the undersigned to discuss the issues raised in the correspondence referenced above.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send notice of this Notice and Order to Plaintiff Stacey Williams at her address listed on PACER by certified mail, return receipt requested.

Signed in Baton Rouge, Louisiana, November 6, 2019.

                                                                                  **ERIN WILDER-DOOMES**
                                                                                  **UNITED STATES MAGISTRATE JUDGE**

---

[1] R. Doc. 46.
[2] R. Doc. 45.

Certified Mail - Return Receipt Requested
7018 0360 0001 1615 8791