# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STACEY WILLIAMS | CIVIL ACTION NO. |
| VERSUS | 18-1020-EWD |
| MAGNOLIA CAFÉ, ET AL. | (CONSENT) |

## NOTICE AND ORDER

This case has been scheduled for a two-day bench trial to begin on September 20, 2021. While it does not appear from the record that any party has formally requested a trial by jury, in a letter dated January 18, 2020, which was filed on January 29, 2020, Stacey Williams ("Plaintiff"), who is representing herself, stated: "I, Stacey Williams am requesting a jury to be present …."[1] Fed. R. Civ. Proc. 39(b) states: "Issues on which a jury trial is not properly demanded are to be tried by the court. But the court may, on motion, order a jury trial on any issue for which a jury might have been demanded." The decision whether to grant Rule 39(b) relief is discretionary, however, such a motion should generally be granted "in the absence of a strong and compelling reason to the contrary."[2] Because trial by jury is generally favored, and due to Ms. Williams' *pro se* status,

**IT IS ORDERED** that, if Stacey Williams is requesting a trial by jury in this case, by no later than **October 9, 2020**, Stacey Williams shall file a motion under Fed. R. Civ. Proc. 39(b) no longer than three (3) pages.

**IT IS FURTHER ORDERED** that if Ms. Williams files a Rule 39(b) motion, by no later than **October 13, 2020**, Defendants shall file a notice with the Court indicating whether they intend

---

[1] R. Doc. 71, p. 2.
[2] See *Swofford v. B&W, Inc.*, 336 F.2d 406, 409 (5th Cir. 1964), *cert. denied*, 379 U.S. 962 (1965) (*citing Albert v. R.P. Farnsworth & Co.*, 176 F.2d 198, 203 (5th Cir. 1949).

7018 0360 0001 1615 8609

to oppose the motion.  Any opposition memorandum will be due within the time provided in Local Civil Rule 7.

Signed in Baton Rouge, Louisiana, on September 29, 2020.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**